UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**MARCO ANTONIO ALFARO GARCIA, ET AL.**,

    Plaintiffs,

    v.

**JEH JOHNSON, ET AL.**,

    Defendants.

Case No. 14-cv-01775-YGR

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Case Management Conference in this matter set for October 27, 2014, is **CONTINUED** to **Monday,** November 17, 2014 at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 1.

**IT IS SO ORDERED.**

Dated: October 21, 2014

_____
**YVONNE GONZÁLEZ ROGERS**
**UNITED STATES DISTRICT COURT**