UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCO ANTONIO ALFARO GARCIA, et al.,

        Plaintiffs,

  v.

JEH JOHNSON, et al.,

        Defendants.

Case No. 14-cv-01775-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with court approval |
| NON-EXPERT DISCOVERY CUTOFF: | May 8, 2015 |
| EXPERT DISCOVERY CUTOFF: | Only if authorized by the court |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | July 14, 2015 [filed by 6/12/15] |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: December 18, 2014

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.