MICHAEL KAUFMAN (State Bar No. 254575)
mkaufman@aclu-sc.org
CARMEN G. IGUINA (State Bar No. 277369)
ciguina@aclu-sc.org
AHILAN T. ARULANANTHAM (State Bar No. 237841)
aarulanantham@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, California 90017
Telephone: (213) 977-5232
Facsimile: (213) 417-2232

CHARLES ROTH *
croth@heartlandalliance.org
CLAUDIA VALENZUELA *
cvalenzuela@heartlandalliance.org
NATIONAL IMMIGRANT JUSTICE CENTER
A HEARTLAND ALLIANCE PARTNER
208 South LaSalle, Suite 1300
Chicago, Illinois 60604
Telephone: (312) 660-1308
Facsimile: (312) 660-1505

*Attorneys for Plaintiffs* (additional counsel on following page)

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO ALFARO GARCIA, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JEH JOHNSON, *et al.*,<br><br>Defendants. | Civil Action No. 4:14-cv-1775-YGR<br><br>DECLARATION OF JULIA HARUMI MASS IN SUPPORT OF MOTION FOR AWARD OF REASONABLE ATTORNEY'S FEES AND COSTS |

1  JULIA HARUMI MASS (State Bar No. 189649)
   jmass@aclunc.org
2  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   OF NORTHERN CALIFORNIA
3  39 Drumm Street
4  San Francisco, California 94111
   Telephone: (415) 621-2493
5  Facsimile: (415) 255-8437

6  JAMES A. ROLFES *
   jrolfes@reedsmith.com
7  DAVID Z. SMITH *
   dzsmith@reedsmith.com
8  TIMOTHY R. CARRAHER *
   tcarraher@reedsmith.com
9  CHRISTOPHER R. MURPHY *
   crmurphy@reedsmith.com
10 REED SMITH LLP
   10 South Wacker Drive, 40th Floor
11 Chicago, Illinois 60606
   Telephone: (312) 207-1000
12 Facsimile: (312) 207-6400

13 JOHN D. PINGEL, (State Bar No. 267310)
   jpingel@reedsmith.com
14 REED SMITH LLP
   101 Second Street, Suite 1800
15 San Francisco, California 94105-3659
   Telephone: (415) 543-8700
16 Facsimile: (415) 391-8269

17 *Counsel for Plaintiffs*

18 * admitted *pro hac vice*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DECLARATION OF JULIA HARUMI MASS IN SUPPORT OF MOTION
FOR AWARD OF REASONABLE ATTORNEY'S FEES AND COSTS

I, JULIA HARUMI MASS, declare and state as follows:

1. I am duly licensed to practice law in the State of California and am a Senior Staff Attorney with the American Civil Liberties Foundation of Northern California ("ACLU of Northern California"). I am counsel of record for the Named Plaintiff in the above-entitled action.

2. The facts contained in this declaration are known personally to me and if called upon to testify as a witness thereto, I could and would competently do so under oath. This declaration is submitted in support of Plaintiffs' Motion for Award of Reasonable Attorney's Fees and Costs.

3. I have been one of the primary attorneys working on this case since it was filed. I have been a member of the California bar since 1996 and have substantial experience litigating cases involving immigrants' rights with the ACLU of Northern California. In fact, the ACLU of Northern California has extensive experience with class action litigation and litigation involving immigrants' rights.

4. For the calendar year 2013, ACLU of Northern California attorneys and legal para-professionals spent 0 hours in prosecuting this matter. For the calendar year 2014, ACLU of Northern California attorneys and legal para-professionals spent 42.2 hours in prosecuting this matter. Through September 3, 2015, ACLU of Northern California attorneys and legal para-professionals have spent 16.4 hours in prosecuting this matter. Among other things, I have brought my substantial experience in litigating immigration and class issues to bear in forming and operating a successful litigation and settlement strategy in this case.

5. The value of the work the ACLU of Northern California performed on this case totals $0.00 for 2013, $21,715.50 for 2014 and $11,644.00 for 2015. The below list of billers and their rates are based on the rates charged to fee paying clients by private law firms that handle complex litigation for work performed by someone with comparable experience.

| Biller | 2013 Rate | 2014 Rate | 2015 Rate |
|---|---|---|---|
| Julia Mass | $650 | $690 | $710 |

DECLARATION OF JULIA HARUMI MASS IN SUPPORT OF MOTION
FOR AWARD OF REASONABLE ATTORNEY'S FEES AND COSTS

| Biller | 2013 Rate | 2014 Rate | 2015 Rate |
|---|---|---|---|
| Jenny Zhao | n/a | $375 | n/a |

I declare under penalty of perjury that the foregoing is true and correct. Executed on Sept. 14, 2015.

*Julia Harumi Mass*
Julia Harumi Mass

US_ACTIVE-123543259.5